# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Parcel<br>9405536206248027309755 | )<br>)<br>)  Case No. 1-24-mj-111-01-TSM<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel 9405536206248027309755, addressed to ALEKS LEKSUTIN 95 SULPHER HILL RD HILLSBOROUGH NH 03244, that is presently in the custody of USPIS, 955 Goffs Falls Rd., Manchester, NH 03103

located in the _____ District of  New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

See attached affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and Distribution of Controlled Substance(s) |
| Title 21 U.S.C. § 843(b) | Use of a Communication Facility in the Commission of a Controlled Substance |
| Title 21 U.S.C. § 846 | Trafficking Offense and Conspiracy |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brian F. Gacek
*Applicant's signature*

Brian F. Gacek, Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone conference  *(specify reliable electronic means)*.

Date: **May 20, 2024**

*Judge's signature*

City and state: Concord, NH      Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset